IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JURIJUS KADAMOVAS, on his own behalf and on behalf of a class of those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTOR, FEDERAL BUREAU OF PRISONS, in her official capacity, *et al.*,<br><br>    Defendants. | Civil Action No. 2:23-cv-22-JMS-MKK |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Christopher D. Edelman of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel on behalf of Defendants the Director of the Federal Bureau of Prisons, in her official capacity only, and Steven Kallis, Warden of the U.S. Penitentiary, Terre Haute, Indiana, in his official capacity only, in the above-captioned case. The undersigned counsel is admitted or otherwise authorized to practice in this Court.

| | |
|---|---|
| Dated: March 6, 2023 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>BRIGHAM J. BOWEN<br>Assistant Branch Director<br><br>*/s/ Christopher D. Edelman*<br>Christopher D. Edelman<br>(D.C. Bar No. 1033486)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Phone: (202) 305-8659<br>Email: christopher.edelman@usdoj.gov<br><br>*Counsel for Defendant* |