**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

|  |  |
|---|---|
| JURIJUS KADAMOVAS, on his own behalf and on behalf of a class of those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>DIRECTOR, FEDERAL BUREAU OF PRISONS, in her official capacity, *et al.*,<br><br>        Defendants. | Civil Action No. 2:23-cv-22-JMS-MKK |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Kevin K. Bell of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel on behalf of Defendants the Director of the Federal Bureau of Prisons, in her official capacity only, and Steven Kallis, Warden of the U.S. Penitentiary, Terre Haute, Indiana, in his official capacity only, in the above-captioned case. The undersigned counsel is admitted or otherwise authorized to practice in this Court.

Dated: March 6, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Kevin K. Bell*
Kevin K. Bell (GA Bar No. 967210)
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L St. NW

Washington, DC 20005
Telephone: (202) 305-8613
Fax: (202) 616-8460
Email: kevin.k.bell@usdoj.gov

*Counsel for Official Defendants*