# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| 46 East Ohio Street, Room 105 | 101 Northwest MLK Boulevard |
| Indianapolis, Indiana | Evansville, Indiana |
| 46204 | 47708 |
| 921 Ohio Street | 121 West Spring Street |
| Terre Haute, Indiana | New Albany, Indiana |
| 47807 | 47150 |

April 4, 2023

Re: KADAMOVAS v. FEDERAL
BUREAU OF PRISONS et al
Cause Number:
2:23−cv−00022−MPB−MKK

TO ALL COUNSEL OF RECORD:

    Pursuant to Local Rule 40−1, the above matter was reassigned from the docket of Judge Jane Magnus−Stinson to the docket of Judge Matthew P. Brookman on April 4, 2023. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 2:23−cv−00022−MPB−MKK should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By:  s/Jordan Davison
Jordan Davison, Deputy Clerk