UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JURIJUS KADAMOVAS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 2:23-cv-00022-MPB-MKK ) |
| FEDERAL BUREAU OF PRISONS, STEVEN KALLIS, THOMAS J. WATSON, | ) ) ) ) |
| Defendants. | ) |

**Order Directing Filing of Second Joint Status Report**

On April 17, 2023, the Court stayed this action for a period of six months. Now before the Court is the Parties' Joint Status Report which states:

On May 10, 2023, the Parties held initial, in-person discussions aimed toward settlement in an amicable manner. These discussions are ongoing, and the Parties propose to file a joint status report on August 11, 2023 (in sixty days) updating the court on the status of those discussions.

Dkt. 33. The Parties' proposal is well taken. The Parties shall file a second joint status report by **no later than August 11, 2023**.

SO ORDERED.

Date: 6/15/2023

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-Registered Counsel of record via email.