**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| JURIJUS KADAMOVAS, on his own behalf and on behalf of a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR, FEDERAL BUREAU OF PRISONS, and WARDEN, U. S. PENITENTIARY, TERRE HAUTE, INDIANA, in their official capacities,<br><br>Defendants. | No. 2:23-cv-22-MPB-MKK |

**JOINT STATUS REPORT**

Pursuant to this Court's April 1, 2025 Entry and Order from Telephonic Status Conference, ECF No. 160, the parties respectfully submit this joint status report:

As the parties have previously reported, the Bureau of Prisons (BOP) has been undertaking a process to review and redesignate the housing designations of thirty-four (34) inmates—including plaintiff Jurijus Kadamovas—designated to the Special Confinement Unit (SCU) at FCC Terre Haute and whose death sentences were commuted to life imprisonment. *See* Jt. Status Report (Mar. 21, 2025), ECF No. 159; *see also* 18 U.S.C. § 3621 (providing that BOP "shall designate" the place of a federal inmate's imprisonment, and listing factors for BOP to consider). BOP has made significant progress in this redesignation process, including by holding hearings for inmates who are being considered for placement at the United States Penitentiary-Administrative

Maximum in Florence, Colorado ("ADX Florence") where relevant, and has to date transferred one of the thirty-four inmates to another institution.[1]

On April 16, 2025, twenty-one of these inmates—including plaintiff Jurijus Kadamovas—filed a lawsuit in the United States District Court for the District of Columbia, alleging "[o]n information and belief" that BOP would soon begin transferring them to ADX Florence. Compl. ¶ 8, *Taylor v. Trump*, 25-cv-1161 (D.D.C. Apr. 16, 2025), ECF No. 1. The lawsuit challenges President Trump's Executive Order No. 14,164 of January 20, 2025; a February 5, 2025 implementing memoranda issued by the Attorney General; and BOP's redesignations process. *See, e.g.*, *id.* ¶¶ 1–11. Also on April 16, 2025, the *Taylor* plaintiffs filed a motion for temporary restraining order, which the district court later converted to a motion for preliminary injunction. In connection with the *Taylor* case, BOP has represented that "irrespective of Plaintiffs' [*Taylor*] lawsuit, under BOP's normal designation review and transfer process, BOP will not transfer any [*Taylor*] Plaintiff to the ADX [Florence] General Population ('GP') until at least May 31, 2025." Joint Mot. to Reschedule Hr'g ¶ 7, *Taylor v. Trump*, 25-cv-1161 (D.D.C. May 5, 2025), ECF No. 1. As of the date of this filing, the *Taylor* plaintiffs' motion for preliminary injunction remains pending; a hearing on the motion is scheduled for May 22.

The parties through counsel will attend the telephonic status conference scheduled by Magistrate Judge Klump for June 3, 2025. *See* ECF No. 160. They believe the case should remain stayed and jointly propose to file another Joint Status Report in two months, *i.e.*, by July 21, 2025.

\

\

[1] On May 21, 2025, Brandon Leon Basham was transferred from FCC Terre Haute to the Medical Center for Federal Prisoners in Springfield, Missouri (MCFP Springfield), after having been redesignated to that facility.

Dated: May 21, 2025

Respectfully submitted,

FOR PLAINTIFF:

ACLU OF INDIANA

By: *\/s/ Kenneth J. Falk*
Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
1031 East Washington Street
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Daniel E. Pulliam*
Daniel E. Pulliam
Matthew E. Burkhart
Matthew R. Elliott
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
317/237-0300
fax: 317/237-1000
daniel.pulliam@faegredrinker.com
matthew.burkhart@faegredrinker.com
matthew.elliott@faegredrinker.com

FOR DEFENDANTS:

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
(NY Bar No. 4461679)
CHRISTOPHER D. EDELMAN
(D.C. Bar No. 1033486)
Senior Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW, Twelfth Floor
Washington, DC 20005
Telephone: (202) 514-3336
Email: lisa.marcus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
Senior Counsel