IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JURIJUS KADAMOVAS, on his own behalf and on behalf of a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR, FEDERAL BUREAU OF PRISONS, and WARDEN, U. S. PENITENTIARY, TERRE HAUTE, INDIANA, in their official capacities,<br><br>Defendants. | No. 2:23-cv-22-MPB-MKK |

**STATUS REPORT**

Defendants respectfully submit this status report pursuant to Magistrate Judge Klump's Minute Order of June 4, 2025, ECF No. 163, which requires Defendants to file a status report every thirty days beginning July 8, 2025, "detailing: (1) the status of Plaintiff's appeal (if any) of his ADX designation; (2) any change in Plaintiff's current housing location or future housing designation; and (3) any other matters which might have a bearing on the continued need for a stay."

    **1.**    **Status of Plaintiff's Appeal of His ADX Designation**

As previously reported by Defendants, *see* Status Report of August 7, 2025, ECF No. 165, Mr. Kadamovas was redesignated to the General Population of the Administrative Maximum Penitentiary ("ADX-GP") in Florence, Colorado on May 30, 2025; he challenged that designation via a Form BP-10, and after receiving a response to his BP-10, he appealed the response via a Form BP-11 submitted to the Bureau of Prison's ("BOP") General Counsel, which the General

Counsel's office received on July 29, 2025. 28 C.F.R. § 542.18 provides a response time of 40 days for the General Counsel's response, which can be extended by 20 days if the initial time period is "insufficient to make an appropriate decision." 28 C.F.R. § 542.18. Such an extension was issued in this case, which means the General Counsel's response is due on September 27, 2025. The General Counsel's decision will be the final step in the Administrative Remedy appeals process. *See* 28 C.F.R. § 542.15(a); *see also* BOP Program Statement 1330.18, Administrative Remedy Program (Jan. 6, 2014), *available at* https://www.bop.gov/policy/progstat/1330_018.pdf.

> 2. **Any Change in Plaintiff's Current Housing Location or Future Housing Designation**

Plaintiff is still currently housed at the Special Confinement Unit ("SCU") at FCC Terre Haute, pending the completion of the administrative remedy process described above.

> 3. **Any Other Matters Which Might Have a Bearing on the Continued Need for a Stay**

The status of the thirty-three other SCU inmates (in addition to Plaintiff) whose death sentences were commuted to life in prison is as follows:

- ➢ Two have been transferred out of SCU, as previously reported in Defendants' Status Report of August 7, 2025, ECF No. 165. One of these commuted inmates was redesignated and transferred to the Medical Center for Federal Prisoners in Springfield, Missouri, and the other of these commuted inmates was transferred on a writ to state authorities in Arizona for prosecution under state law. See *id.* at 2.

- ➢ Four were redesignated to the ADX-Control Unit. None of them have pending administrative appeals challenging their designation to ADX. BOP is currently formulating operational and logistical plans to transfer them.

- ➢ Twenty-seven were redesignated to the ADX-GP. As of September 5, 2025, six of these twenty-seven commuted inmates did not submit an appeal through the Administrative Remedy process, and BOP is currently formulating operational and logistical plans to transfer them. The remaining twenty-one of these commuted inmates appealed their designation, and their Administrative Remedy appeals process remains ongoing at this time.

BOP continues to make progress on the redesignation and transfer process, as described above. Given the significant progress BOP has made with redesignations, including that of Plaintiff, the Court should continue to stay this case.

~~~~~~~~~~~~~~~~~

Pursuant to the June 4, 2025 Minute Order, ECF No. 163, Defendants will file their next status report on or before October 8, 2025.

Dated: September 8, 2025                            Respectfully submitted,

                                                    BRETT A. SHUMATE
                                                    Assistant Attorney General
                                                    Civil Division

                                                    ANDREW I. WARDEN
                                                    Assistant Director, Federal Programs Branch

                                                     /s/ Lisa Zeidner Marcus
                                                    LISA ZEIDNER MARCUS
                                                    (NY Bar No. 4461679)
                                                    CHRISTOPHER D. EDELMAN
                                                    (DC Bar No. 1033486)
                                                    Senior Counsel
                                                    Federal Programs Branch, Civil Division
                                                    U.S. Department of Justice
                                                    1100 L St., NW, Twelfth Floor
                                                    Washington, DC 20005
                                                    Telephone: (202) 514-3336
                                                    Email: lisa.marcus@usdoj.gov

                                                    *Counsel for Defendants*