UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JURIJUS KADAMOVAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00022-MPB-MKK |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| STEVEN KALLIS, | ) | |
| THOMAS J. WATSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

On July 28, 2026, the Plaintiffs, by counsel, and counsel for Indiana Federal Community Defenders, Inc. appeared for a telephonic status conference with the Magistrate Judge. Counsel for the Defendants failed to appear.

This matter is set for a telephonic show cause hearing on **July 30, 2026, at 9:00 a.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. Defendants' counsel shall appear and explain why sanctions should not be issued for their failure to appear at the July 28, 2026, telephonic status conference. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 07/28/2026

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.


Courtesy Copy via email to:

Civil Chief, United States Attorney's Office for the Southern District of Indiana