**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| JURIJUS KADAMOVAS, on his own behalf and on behalf of a class of those similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:23-cv-22-MPB-MKK |
| DIRECTOR, FEDERAL BUREAU OF PRISONS, and WARDEN, U.S. PENITENTIARY, TERRE HAUTE, INDIANA, in their official capacities, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY IN SUPPORT OF AMENDED MOTION TO CERTIFY CLASS**

Plaintiff Jurijus Kadamovas ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(c), respectfully moves the Court for a seven-day extension of time, to and including August 21, 2026, to file his reply brief in support of the Amended Motion to Certify Class (ECF No. 190) and, in support thereof, states:

1.      On June 17, 2026, Plaintiff filed his Amended Motion to Certify Class. *See* ECF No. 190.

2.      Under the Court's Amended Case Management Plan, Defendants' response to the Amended Motion to Certify Class was due on July 8, 2026, and Plaintiff's reply was due on July 15, 2026. *See* ECF No. 184 at 8.

3.      On June 29, 2026, Defendants filed an Unopposed Motion for Extension of Time, requesting a 30-day extension of their deadline to respond to the Amended Motion to Certify Class, to and including August 7, 2026. *See* ECF No. 196.

4.      On July 1, 2026, Plaintiff filed an Unopposed Motion for Extension of Time, requesting a corresponding 30-day extension of his deadline to reply to Defendants' Response in Opposition to the Amended Motion to Certify Class, to and including August 14, 2026. *See* ECF No. 198. On the same day, the Court granted both motions and entered an order setting Plaintiff's deadline to file his reply as August 14, 2026. *See* ECF No. 199.

5.      Plaintiff's current deadline to file his reply is August 14, 2026. This motion is filed before that deadline has passed. Plaintiff respectfully seeks a brief, one-week extension to complete and finalize his reply.

6.      Before filing this motion, undersigned counsel contacted Defendants' counsel by email on August 11, 2026. Defendants' counsel confirmed that Defendants do not oppose the relief sought herein.

7.      This motion is not made for purposes of delay, and no party will be prejudiced by this request.

WHEREFORE, Plaintiff respectfully requests that the Court extend his deadline to file a reply in support of the Amended Motion to Certify Class by seven days, from August 14, 2026, to and including August 21, 2026, and award all other just and appropriate relief.

Dated: August 11, 2026

Respectfully submitted,


ACLU OF INDIANA

FAEGRE DRINKER BIDDLE & REATH LLP


By */s/ Kenneth J. Falk*
Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
1031 East Washington Street
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

By */s/ Daniel E. Pulliam*
Daniel E. Pulliam
Matthew E. Burkhart
Matthew R. Elliott
Aidan T. Parker
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
317/237-0300
fax: 317/237-1000
daniel.pulliam@faegredrinker.com
matthew.burkhart@faegredrinker.com
matthew.elliott@faegredrinker.com
aidan.parker@faegredrinker.com


*Attorneys for Plaintiff and the Putative Class*


**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2026, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic

filing system. The parties may access this filing through the Court's system.

*/s/ Daniel E. Pulliam*