UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JURIJUS KADAMOVAS on his own behalf and on behalf of a class of those similarly situated,<br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS Director, STEVEN KALLIS Warden United States Penitentiary Terre Haute, THOMAS J. WATSON in his individual capacity,<br><br>Defendants.<br>______________________________<br><br>WHITEWATER VALLEY PRO BONO COMMISSION, INDIANA FEDERAL COMMUNITY DEFENDERS, INC.,<br><br>Amicuss. | ) | No. 2:23-cv-00022-MPB-MKK |

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for Entry of Order Extending Deadlines, Dkt. [214]. The Court, being duly advised, now **GRANTS** said motion. As reflected below, the Court **EXTENDS** the following deadlines.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | September 18, 2026 | January 18, 2027 |
| Discovery of Non-Expert Witnesses and Liability Issues | October 17, 2026 | February 15, 2027 |
| Statements of Claims and Defenses | October 24, 2026 | February 22, 2027 |

| | | |
|---|---|---|
| Dispositive Motions | December 17, 2026 | April 16, 2027 |
| Plaintiff to Disclose Expert Witnesses | December 17, 2026 | April 16, 2027 |
| Defendants to Disclose Expert Witnesses | January 17, 2027 (or 30 days after Plaintiff's disclosure) | May 17, 2027 (or 30 days after Plaintiff's disclosure) |
| Final witness and exhibit lists | February 17, 2027 | June 17, 2027 |
| Discovery of Expert Witnesses and Damages Issues | March 17, 2027 | July 15, 2027 |
| Objections to Expert Testimony | May 1, 2027 | August 30, 2027 |
| Requested Trial Date | | March 2028 |

So **ORDERED.**

Date: 9/8/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email