UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JURIJUS KADAMOVAS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br>STEVEN KALLIS,<br>THOMAS J. WATSON,<br><br>Defendants.<br>______________________________<br><br>WHITEWATER VALLEY PRO BONO COMMISSION,<br>INDIANA FEDERAL COMMUNITY DEFENDERS, INC.,<br><br>Amicuss. | ) | No. 2:23-cv-00022-MPB-MKK |

**ENTRY AND ORDER FROM SHOW CAUSE HEARING**

On October 7, 2026, the parties appeared, by counsel, for a show cause hearing with the Magistrate Judge. Counsel for Defendant explained his prior failure to appear. The show cause order was discharged.

The parties next discussed the status of completed and upcoming discovery as well as Plaintiff's anticipated motion for leave to amend his complaint. The parties are encouraged to continue working cooperatively to complete remaining discovery in an expeditious fashion.

This matter is scheduled for a telephonic status conference on **January 28, 2027, at 2:30 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by

separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 10/8/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.