UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JURIJUS KADAMOVAS, on his own behalf and on behalf of a class of those similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:23-cv-22-MPB-MKK |
| DIRECTOR, FEDERAL BUREAU OF PRISONS, *et al*., | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Plaintiff, Jurijus Kadamovas, by counsel, respectfully requests that the appearance of Stevie J. Pactor be withdrawn. Ms. Pactor is no longer employed by the ACLU of Indiana.

The appearance of Kenneth J. Falk and Gavin M. Rose, on behalf of the Plaintiff, remain as counsel of record.

Respectfully submitted,

Date: October 26, 2026

By: /s/ *Kenneth J. Falk*

Kenneth J. Falk
Gavin M. Rose
ACLU OF INDIANA
1031 E. Washington Street
Indianapolis, IN 46202
Phone: (317) 635-4059
Fax: (317) 635-4105
kfalk@aclu-in.org
grose@aclu-in.org

*Attorneys for Plaintiff*

To: All ECF-registered counsel of record